UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESALEN INSTITUTE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FIRST SPECIALTY INSURANCE CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.　5:19-cv-05826-EJD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

Plaintiff, having failed to file an opposition or statement of non-opposition to Defendant's Motion to Dismiss, is ordered to appear with Defendant before the Honorable Edward J. Davila on **February 6, 2020 at 10:00 AM** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  On or before **January 27, 2020**, the Parties shall file a statement in response to the Order to Show Cause.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

The hearing on the motion to dismiss set for February 6, 2020 is VACATED.

**IT IS SO ORDERED.**

Dated: January 16, 2020

　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　United States District Judge